**Motion Granted; Order filed December 6, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00888-CR
_____

**JOSE ALFREDO BEJAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 65832**

## ORDER

On October 16, 2012, this Court issued an opinion dismissing this appeal. On October 19, 2012, the Clerk of this Court issued mandate in accordance with its judgment to the clerk of the court below. On November 19, 2102, appellant filed a motion to recall the mandate and reinstate the appeal. The motion is granted.

This Court's opinion filed October 16, 2012, is withdrawn, and our judgment of that date is vacated. Accordingly, the Court orders the mandate recalled from the District Clerk of Brazoria County, Texas. The appeal is ordered reinstated.

PER CURIAM